1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL HAMILTON (Bar No. 39659)
2  AN NGUYEN RUDA (Bar No. 215453)
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:  (310) 203-8080
4  Facsimile:   (310) 203-0567

5  Attorneys for Plaintiff KIMBERLY HAMILTON

6  GREGORY S. GLAZER (SBN 172197)
   OLIVIA B. PERRY (SBN 247363)
7  CURIALE HIRSCHFELD KRAEMER LLP
   233 Wilshire Boulevard – Suite 600
8  Santa Monica, CA  90401
   Telephone:  (310) 255-0705
9  Facsimile:  (310) 255-0986

10 Attorneys for Defendants
   GAMBRO RENAL PRODUCTS, INC.,
11 DONALD PETTIGREW, and AARON
   DUDLEY

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

| 16 | KIMBERLY HAMILTON, | Case No. SACV 10-00476-DOC (AGRx) |
|---|---|---|
| 17 | Plaintiff, | |
| 18 | vs. | **PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION AND DOCUMENTS** |
| 19 | GAMBRO RENAL PRODUCTS, INC., a corporation; DONALD | |
| 20 | PETTIGREW, an individual; AARON DUDLEY, an individual; | **Complaint Filed:  April 2, 2010** **OCSC CASE #30-2010-00359526** |
| 21 | and DOES 1-100, inclusive, | |
| 22 | Defendants. | |

8

After review of the Joint Stipulation Re: Confidential Information and Documents, the Joint Stipulation of the parties is entered as an order of the court.

**IT IS SO ORDERED.**

DATED: July 22, 2010  _____
                                                            Honorable David O. Carter