JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HAMILTON, )<br>)<br>            Plaintiff, )<br>)<br>  -v- )<br>)<br>GAMBRO RENAL PRODUCTS INC, ET AL, )<br>)<br>           Defendants. )<br>_____) | Case No. SACV10-476-DOC(AGRx)<br><br>ORDER DISMISSING<br>  CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: January 7, 2011

*David O. Carter*
_____
    DAVID O. CARTER
United States District Judge